1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   Susan Graham Lovelace, State Bar No. 160913
2  Jacqueline L. Norlin, State Bar No. 245840
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958
   E-mail: norlin@luch.com
5
   Counsel for Plaintiffs, Trustees of the Southern California
6  IBEW-NECA Pension Plan, et al.

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., | CASE NO. ED CV-07-1137-SGL (JCRx) |
| Plaintiffs, | ASSIGNED TO THE HONORABLE STEPHEN G. LARSON |
| vs. | [~~PROPOSED~~] JUDGMENT |
| DALE ELECTRIC SERVICE, INC., a California corporation, | [Fed.R.Civ.Pro. 55(b)(2)] |
| Defendant. | DATE: March 31, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 1 |

Upon application by plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of Dale Electric, a California corporation, was entered on October 15, 2007, in the office of the Clerk of this Court, and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

///
///
///

1

[Proposed] Judgment

122693.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Riverside County Electrical Health & Welfare Fund, Trustees of the Riverside County Electrical Educational And Training Trust, Trustees of the National Electrical Benefit Fund, Trustees of the Inland Empire Labor-Management Cooperation Committee Fund, Trustees of the National IBEW-NECA Labor-Management Committee, National Electrical Industry Fund, and Administrative Maintenance Fund, shall recover from Dale Electric, a California corporation, the principal amount of $45,182.39 (consisting of unpaid fringe benefit contributions of $39,263.19, prejudgment interest of $2,418.65, liquidated damages of $3,500.55), together with attorney's fees of $11,244.00, audit fees of $247.50, and costs of $1,836.11, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

*Dale Electric is further ORDERED to permit plaintiffs' auditor access to the wage and payroll books and records of Dale Electric, in order to permit Plaintiffs to verify the additional amounts owed, if any, by Dale Electric to Plaintiffs.*

DATED: 4-7-08

_____
UNITED STATES DISTRICT JUDGE

Presented by:

DATED: February 25, 2008        LAQUER URBAN CLIFFORD & HODGE LLP


By:_____
Susan Graham Lovelace
Jacqueline L. Norlin
Attorneys for Plaintiffs. Trustees of the Southern
California IBEW-NECA Pension Plan, et al.